452

409 A.2d 856

Mary R. PATTERSON in her own right and Denise Patterson, Paul Vincent Patterson, and Diane Patterson, minors, by their mother and natural guardian, Mary R. Patterson, Appellants,

v.

Paul V. PATTERSON, Appellee.

Appeal of Mary R. PATTERSON.

Supreme Court of Pennsylvania.

Argued Dec. 10, 1979.

Decided Jan. 18, 1980.

Miles Warner, Philadelphia, for appellants.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

The petition for allowance of appeal having been improvidently granted, the appeal is dismissed.